Dismissed and
Memorandum Opinion filed January 7, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-96-00990-CV

____________

 

INVESTMENT CHOICES CORPORATION, DOV AVNI KAMINETZKY,
AND HOWARD WEISS, ET AL, Appellants

 

V.

 

CULLEN CENTER BANK & TRUST, A STATE BANKING
ASSOCIATION, Appellee

 



 

On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 92-55449

 

 

 



M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed April 17, 1996.  On
October 9, 1997, this court abated this appeal because appellants Investment
Choices Corporation, Dov Avni Kaminetzky, and Howard Weiss, petitioned for voluntary
bankruptcy in the United States Bankruptcy Court for the Southern District of
Texas, under cause number 97-49007-H1-11.  See Tex. R. App. P. 8.2.  

            Through the Public Access to Court Electronic Records (PACER)
system, the court has learned that the bankruptcy case was closed on June 8, 1998. 
The parties failed to advise this court of the bankruptcy court action.

            On December 3, 2009, this court issued an order stating that
unless any party to the appeal filed a motion demonstrating good cause to
retain the appeal within twenty days of the date of the order, this appeal
would be dismissed for want of prosecution.  See Tex. R. App. P.
42.3(b).  No response was filed.  

            Accordingly, we reinstate the appeal and order it dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Frost, Boyce, and Sullivan.